ORIG...
FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2005 JUN 17 AM 11: 34
CLERK _____
SO. DIST. OF GA

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CURTIS EUGENE NEWSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 104-121 |
| JOHN MELLINGER, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the motion to dismiss is **GRANTED**, Defendants Dr. Smith, Larry Johnson and V. Chambliss are **DISMISSED** without prejudice, and Plaintiff's motion for an extension of time is **DENIED**.

SO ORDERED this 17th day of June, 2005, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

Imrana Muhammad Ali, Pro-se
Andrew M. Magruder, Esq.
Jesse W. Owen, Esq.
Vincent A. Toreno, Esq.
James S. V. Weston, Esq.

CASE NO: CV104-121
DATE SERVED: June 17, 2005
SERVED BY: Cindy Reynolds

☐ Copy placed in Minutes
☑ Copy given to Judge
☑ Copy given to Magistrate