IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| CURTIS EUGENE NEWSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 104-121 |
| ) | |
| EVONNE SMITH, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motions for summary judgment (doc. nos. 48, 52) are **GRANTED**, this civil action is **CLOSED**, and a final judgment is **ENTERED** in favor of Defendants

SO ORDERED this 16th day of February, 2006, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE